8547.  ROGERS *v.* THE STATE.

GEORGE, J.  This case is controlled by the decision in the case of *Neely* v. *State,* ante, 83.

> *Judgment affirmed.  Wade, C. J., and Luke, J., concur.*
> DECIDED MAY 11, 1917.

Accusation of misdemeanor; from city court of Carrollton— Judge Beall.  February 1, 1917.

*J. O. Newell,* for plaintiff in error.

*Willis Smith, solicitor, Buford Boykin,* contra.

---

8548.  JONES *v.* THE STATE.

LUKE, J.  The bill of exceptions contains no assignment of error upon the overruling of the demurrer to the accusation, and the evidence authorized the conviction of the accused.  The court did not err in overruling the motion for a new trial.

> *Judgment affirmed.  Wade, C. J., and George, J., concur.*
> DECIDED MAY 11, 1917.

Accusation of cruelty to animal; from city court of Eastman— Judge Griffin.  January 31, 1917.

*C. W. Atwill,* for plaintiff in error.

*D. D. Smith, solicitor,* contra.